# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Percy Allen Williams, Jr.,

               Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                     3:11-cv-565-FPS

Robert Jones and
Graham C. Mullen,

               Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 10, 2012 Order.

                              Signed: April 10, 2012

                              Frank G. Johns, Clerk
                              United States District Court